BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00134-CKD |
| Plaintiff, | ORDER TO DISMISS AND RECALL BENCH WARRANT |
| v. | |
| MATTHEW ROUSSEL, | |
| Defendant. | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case number 2:12-cr-00134 without prejudice is GRANTED.

It is further ordered that the bench warrant issued on May 31, 2012 be recalled.

IT IS SO ORDERED.

Dated:  March 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1